ANDREW B. CALHOUN *versus* DAVID CABLE, ALEXANDER H. STOWELL, AND CALEB CROSS.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule to plead, answer, or demur *p. 132.
PAPERS IN FILE: (1–3) Report of case by Ebenezer Burke Harrington including opinion by Justice Ransom on motion to strike from docket; (4–5) briefs; (6) memo. of opinion by Chief Justice Fletcher on overruling demurrer.
*Chancery Case* .... of ....

JAMES ABBOTT, ALEXANDER D. FRASER, AND CHARLES

W. WHIPPLE *versus* ROBERT ABBOTT, MONIQUE GODFROY, PETER GODFROY, THERESE GODFROY, ANN VISGER, JOSEPH VISGER, ANTOINE BONDY, RICHARD GODFROY, JAMES J. GODFROY, GABRIEL GODFROY, JR., SUSAN McCLOSKEY, SOPHIA WHIPPLE, JAMES B. WHIPPLE, JOSETTE SMYTH, JOHN SMYTH, JEAN BAPTISTE GODFROY, FRANÇOIS D. LASSELLE, AND GREGOIR BONDIE.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule to appear and for notice by publication *p. 133; (2) rule to plead, answer, or demur *p. 134.
PAPERS IN FILE: [None]
*Chancery Case* .... of ....

MAHALA WATROUS *versus* ANDREW M. WATROUS.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Time fixed for hearing, rule for service or publication of notice *p. 136.
PAPERS IN FILE: [None]

SEABURY TREDWELL, JOSEPH KISSAM, AND SAMUEL KISSAM *versus* ISAAC OTIS, GEORGE WALKER, AND JOHN HALE.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Subpoena ordered issued *p. 136.
PAPERS IN FILE: [None]
*Chancery Case* .... of ....